IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| James Fosnight, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No.   1:15-cv-606-LJM-DML ) |
| Convergent Outsourcing, Inc., a Washington corporation, and Jefferson Capital Systems, LLC, a Georgia limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION**

Plaintiff, James Fosnight ("Fosnight"), individually and on behalf of all others similarly situated, hereby moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to certify a class in this matter.  In support of this motion, Plaintiff states:

1.      Plaintiff's Complaint, filed on April 15, 2015, sets forth that Defendants', Convergent Outsourcing, Inc.'s ("Convergent"), and Jefferson Capital Systems, LLC's ("Jefferson"), form debt collection letter failed to provide the consumer with an effective validation notice, in violation of § 1692g and § 1692f of the Fair Debt Collection Practices Acts, 15 U.S.C. § 1692 et seq. ("FDCPA") (Dkt. 1 at ¶ 9-19).

2.      Class certification is appropriate when all of the elements of Rule 23(a) and one of the elements of Rule 23(b) have been satisfied.  See, Amchem Products v. Windsor, 521 U.S. 591, 613-614, 117 S.Ct. 2231, 138 L.Ed.2df 689 (1997); Keele v. Wexler, 149 F.3d 589, 594 (7th Cir. 1998).  Rule 23(a) provides that a class action may

1

be maintained when (1) the class is so numerous that joinder is impracticable, (2) questions of law or fact are common to the class, (3) claims or defenses of the representative party are typical of the claims and defenses of the class, and (4) the representative party will fairly and adequately protect the class' interests.

3. As set forth in detail in the accompanying Plaintiff's Memorandum in Support of Amended Motion for Class Certification, this action satisfies the requirements of Rule 23(a) and (b)(3). Plaintiff hereby moves for class certification, and requests that this Court allow him to represent a class of all persons similarly situated in the State of Indiana from whom Defendants attempted to collect a delinquent consumer debt allegedly owed for an Aspire credit card account, via the same form collection letter (Dkt. 1-3), that Defendants sent to Plaintiff, from one year before the date of this Complaint to the present.

4. A Memorandum in Support of this Motion is filed contemporaneously herewith.

WHEREFORE, Plaintiff, James Fosnight, individually and on behalf of all others similarly situated, respectfully requests that this Court certify, pursuant to Rule 23(b)(3), a class in this matter.

                    James Fosnight, individually and on
                    behalf of all others similarly situated,

                    By: /s/ David J. Philipps_____
                    One of Plaintiff's Attorneys

Dated:  August 10, 2015

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

John T. Steinkamp   (Ind. Bar No. 19891-49)
5218 S. East Street
Suite E1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 10, 2015, a copy of the foregoing **Plaintiff's Amended Motion for Class Certification** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Charity A. Olson         colson@olsonlawpc.com
Olson Law Group
2723 S. State Street
Suite 150
Ann Arbor, Michigan 48104


John T. Steinkamp        steinkamplaw@yahoo.com
5218 S. East Street
Suite E1
Indianapolis, Indiana 46227


/s/David J. Philipps_____

David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

4